ALEX G. TSE (CABN 152348)
Acting United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
    11th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7000
    Fax:  (415) 436-7009

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KARL HESS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 17-CV-03344-KAW<br><br>STIPULATED REQUEST TO EXTEND DATE FOR UNITED STATES TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND [~~PROPOSED~~] ORDER |

STIPULATED MOTION TO EXTEND TIME

The parties, through their undersigned counsel, request that this Court extend the deadline for the United States to file its Reply to the Opposition to the Motion for Summary Judgment from March 13, 2018, to March 19, 2018. In support of this request, the parties state as follows:

1. The parties participated in a settlement conference with Magistrate Judge Laporte on March 7, 2018. At that settlement conference, Judge Laporte granted the parties until March 12, 2018, to determine if they agree on the terms of a possible resolution of this case.

2. The United States' Reply to the Opposition to Motion for Summary Judgment is currently due March 13, 2018, and the parties agree that the Reply be due within one week from the date that they determine if a settlement has been reached, which would be March 19, 2018.

Stip Request To Extend Date
C-17-03344-KAW          1

The parties thus agree and stipulate that good cause exists to grant this limited extension of time to facilitate an orderly resolution to the matter before this Court.

Date: 3/7/2018 _____/s/_____
CYNTHIA STIER
Counsel for United States

Date: 3/7/2018 _____/s/_____
JASON GALEK
Counsel for Karl Hess

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the filing deadline for the Reply to the Opposition to the Motion for Summary Judgment is extended to March 19, 2018, and the hearing on the Motion for Summary Judgment, currently scheduled for April 5, 2018 at 1:30, ~~is rescheduled to _____, 2018~~ will proceed as scheduled.

IT IS SO ORDERED.

Dated: 3/8/18 /s/ Kandis Westmore
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE