1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
4  CYNTHIA L. STIER (DCBN 423256)
   Assistant United States Attorney
5      11th Floor Federal Building
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:   (415) 436-7000
7      Fax:         (415) 436-7009
8
   Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KARL HESS, | Case No. 17-CV-03344-KAW |
| Plaintiff, | STIPULATED REQUEST TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE AND TO DISMISS UNITED STATES' COUNTERCLAIM WITHOUT PREJUDICE AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff, Karl Hess, and the United States of America, hereby stipulate and agree, pursuant to this Court's approval, as follows:

1. That the claims filed by Plaintiff, Karl Hess, be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(2).

2. That the counterclaim, filed by the United States of America, be dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(a)(2).

3. That each party bear its own costs and attorney fees.

4. That Plaintiff, Karl Hess, may pursue his administrative remedies, if any, before the IRS by submitting an Offer in Compromise based solely on collectability or an Installment Agreement. Plaintiff may not pursue his claims in a Collection Due Process hearing. Plaintiff may not make any

Offer in Compromise based on the efficient administration of tax law, or based on any equitable grounds outside of doubt as to collectability.

5. Other than the limitations set forth in paragraph 4, above, Plaintiff, Karl Hess, will have no restriction on his ability to pursue other legal civil remedies against non-government, third parties associated with MMH Administrative Services and its related entities.

ALEX G. TSE
Acting United States Attorney

_____/s/_____          _____/s/_____
JASON GALEK          CYNTHIA STIER
Counsel for Karl Hess          Assistant United States Attorney
         Tax Division
         Counsel for the United States of America

SO ORDERED this 14th day of March, 2018.

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE